# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| CARL HART,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE ARCELORMITTAL USA LLC PENSION PLAN, formerly known as THE ARCELORMITTAL USA INC. PENSION PLAN, and THE ARCELORMITTAL USA LLC PENSION PLAN SUPPLEMENT FOR HOURLY AND BARGAINING UNIT EMPLOYEES OF ARCELORMITTAL USA LLC AND SUBSIDIARIES, formerly known as THE ARCELORMITTAL USA INC. PENSION PLAN SUPPLEMENT FOR HOURLY AND BARGAINING UNIT EMPLOYEES OF ARCELORMITTAL USA INC. AND SUBSIDIARIES,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00416 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

　　　　Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Carl Hart, and Defendants, The ArcelorMittal USA LLC Pension Plan and the ArcelorMittal USA LLC Pension Plan Supplement for Hourly and Bargaining Unit Employees of ArcelorMittal USA LLC and Subsidiaries ("Defendants"), by and through their undersigned attorneys, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE.  Further, each party will bear its own costs, expenses and attorneys' fees.

59724121v.1

Dated: October 17, 2019

By: *Harold Abrahamson (with permission)*
    Harold Abrahamson

Abrahamson Reed & Bilse
8230 Hohman Ave
Munster, IN 46321
219-595-5306
Fax: 219-513-9754
Email: aralawfirm@aol.com


Jonathan E Halm
Kightlinger & Gray LLP - Mer/IN
8001 Broadway Ste 100
Merrillville, IN 46410
219-769-0413
Fax: 219-769-0798
Email: jhalm@k-glaw.com


Attorneys for Plaintiff

By: *Shelley R. Hebert*
    Shelley R. Hebert

Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000
Email:  shebert@seyfarth.com

Attorney for Defendants
THE ARCELORMITTAL USA LLC
PENSION PLAN

## **CERTIFICATE OF SERVICE**

I, Shelley R. Hebert, hereby certify that on October 17, 2019, I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court, via the Court's CM/ECF system, which sent notification of such filing to the following counsel of record:

> Harold Abrahamson
> Abrahamson Reed & Bilse
> 8230 Hohman Ave
> Munster, IN 46321
> 219-595-5306
> Fax: 219-513-9754
> Email: aralawfirm@aol.com
>
>
> Jonathan E Halm
> Kightlinger & Gray LLP - Mer/IN
> 8001 Broadway Ste 100
> Merrillville, IN 46410
> 219-769-0413
> Fax: 219-769-0798
> Email: jhalm@k-glaw.com

          *Shelley R. Hebert*

59724121v.1